UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-61066-RAR

**NINA TSCHAPEK**,

    Plaintiff,

v.

**KEYSTONE BUILDERS, INC.**, *et al.*,

    Defendants.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

**THIS CAUSE** comes before the Court on Defendants' Motion to Compel Arbitration and to Dismiss Complaint [ECF No. 18] ("First Motion"), Defendants' Second Motion to Compel Arbitration and to Dismiss Complaint [ECF No. 32] ("Second Motion"), and Defendants' Amended Second Motion to Compel Arbitration and to Dismiss First Amended Complaint [ECF No. 37] ("Amended Motion"). These matters were referred to the Honorable Jared M. Strauss, United States Magistrate Judge, for a Report and Recommendation ("Report"). The Court has carefully reviewed Magistrate Judge Strauss's Reports [ECF Nos. 34, 38] as well as the entire record. As of the date of this Order, no party has filed any objection to the Reports, and the time to do so pursuant to Local Magistrate Rule 4(b) has elapsed. Accordingly, it is

**ORDERED AND ADJUDGED** as follows: (1) the Reports [ECF Nos. 34, 38] are hereby **AFFIRMED** and **ADOPTED**; (2) the First Motion [ECF No. 18] is **DENIED** as moot; and (3) the Second Motion [ECF No. 32] and the Amended Motion [ECF No. 37] are **DENIED** *without prejudice* pending a jury trial on the limited issue of whether Plaintiff signed the alleged arbitration agreement.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 6th day of November, 2020.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**